# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ISHAQ NOUREDDIN, | ) |
| | ) CIVIL ACTION FILE |
| Plaintiff, | ) NO. _____ |
| | ) |
| v. | ) |
| | ) [On removal from the State Court of |
| PATRICK J. REASONER, | ) DeKalb County, Civil Action |
| and RD LOGSTICS, LLC, | ) File No. 21-A-03463 |
| | ) |
| Defendants. | ) **JURY TRIAL DEMANDED** |
| | ) |

## NOTICE OF REMOVAL

COMES NOW, Patrick J. Reasoner, ("Defendant") Defendant in the above styled action, and within the time prescribed by law files this Notice of Removal and respectfully shows the Court the following facts:

1.

Plaintiff commenced this action by filing his Complaint on July 25, 2021 in the State Court of DeKalb County, which is a county within the Atlanta Division of this Court. The suit is styled as above and numbered civil action file number 21A03463 in that Court. Defendant Reasoner was served with a copy of the suit on August 23, 2021. The Notice of Removal is filed within the 30 days of Defendant's receipt of the suit and is thus timely.

2.

Plaintiff in the aforesaid case is a resident and citizen of the State of Georgia. (*See* Plaintiff's Amended Complaint, ¶ 1).

3.

Defendant Reasoner is a resident and citizen of the State of Michigan. Defendant Reasoner is not a citizen of the State of Georgia, and was not a citizen of the State of Georgia on the date of filing of the aforesaid civil action and has not been thereafter. (*See* Plaintiff's Amended Complaint, ¶ 2).

4.

Upon information and belief, Defendant RD Logistics, LLC is a foreign limited liability company organized under the laws of the State of Michigan, with its principal place of business in the State of Michigan. Upon information and belief, the members of RD Logistics, LLC are residents and citizens of the State of Michigan. Upon information and belief, Defendant RD Logistics, LLC and its members are not citizens of the State of Georgia and were not citizens of the State of Georgia on the date of filing of the aforesaid civil action and has not been thereafter. (*See* Plaintiff's Amended Complaint ¶ 3).

5.

Complete diversity exists between Plaintiff and Defendants in accordance

with 28 U.S.C. §1332 (a)(1).

6.

The amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

7.

Plaintiff alleges that he suffered serious, painful and debilitating injuries to his body that impact his ability to function normally. *See* Plaintiff's Amended Complaint, ¶ 8). Plaintiff also alleges that he suffered substantial injuries to his neck and back, has past and future medical expenses, and is entitled to recover for past and future physical and mental pain and suffering in connection with the subject incident. (*See* Plaintiff's Amended Complaint, ¶¶ 25, 26). Although Defendant denies any wrongdoing, the allegations of injuries and damages sought in the Amended Complaint are similar to those other actions in which other plaintiffs have sought and recover damages in excess of $75,000. Thus, given the allegations of Plaintiff's Amended Complaint, the amount in dispute in this matter will exceed the jurisdictional requirement of $75,000.

8.

This case is a civil action that may be removed to this Court pursuant to 28 U.S.C. § 1441. This court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1)

and (b) because there is complete diversity of citizenship between Plaintiff and Defendants and, as shown above, the amount in controversy exceeds $75,000. Further, as required by 28 U.S.C. § 1441(b), no Defendant is a citizen of the State of Georgia.

9.

Pursuant to 28 U.S.C. § 1446(a), Defendant has attached hereto copies of all process, pleadings, and orders served upon them in this case, such copies being marked "Exhibit A".

10.

Defendant submits this Notice of Removal without waiving any defense to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted. Defendant specifically reserves the right to assert, if applicable, any and all defenses enumerated under Rule 12 of the Federal Rules of Civil Procedure or any other affirmative defenses, including those enumerated under Rule 8(c) of the Federal Rules of Civil Procedure, upon the filing of its responsive pleadings within the time allotted under the Federal Rules of Civil Procedure.

11.

Defendant has given written notice of the filing of this Notice of Removal to Plaintiff by notifying his attorneys of record, Danielle Obiorah, Obiorah Fields,

LLC, 157 South McDonough, Jonesboro, GA 30236. Defendant has also filed a written notice with the Clerk of the State Court of DeKalb County, a copy of said notice being attached hereto and made in part hereof.

**WHEREFORE**, Defendant prays that the case be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

This 17th day of September, 2021.

        SWIFT, CURRIE, McGHEE & HIERS, LLP

        */s/ Mike O. Crawford*_____
        Mike O. Crawford
        Georgia Bar No. 194165
        Gillian S. Crowl
        Georgia Bar No. 654746
        ***Attorneys for Defendant***

The Peachtree – Suite 300
1355 Peachtree Street, NE
Atlanta, GA   30309
OFF:  (404) 874-8800
FAX: (404) 888-6199

## **CERTIFICATE OF SERVICE**

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a true and accurate copy of *NOTICE OF REMOVAL* with the Clerk of Court using the CM/ECF System. The clerk will serve opposing counsel as follows:

> Danielle Obiorah
> Obiorah Fields, LLC
> 157 South McDonough
> Jonesboro, GA 30236
> dbo@obiorahfields.com

This 17th day of September, 2021.

> SWIFT, CURRIE, McGHEE & HIERS, LLP
>
> */s/ Mike O. Crawford*
> Mike O. Crawford
> Georgia Bar No. 194165
> Gillian S. Crowl
> Georgia Bar No. 654746
> ***Attorneys for Defendant***

1355 Peachtree Street, NE
Suite 300
Atlanta, GA  30309
OFF:  (404) 874-8800
FAX: (404) 888-6199
4823-6033-8426, v. 1